**SO ORDERED.**

**SIGNED this 14 day of August, 2015.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:  GILBERT D. ROLAND                                CHAPTER 13
        ss# xxx-xx-7163                                  CASE NO. 14-31373-JPS

                Debtor

### ORDER CONFIRMING MODIFIED PLAN

Debtor(s) in the above styled case having filed a motion for modification of the plan after confirmation, and affected creditors having been properly served with a copy thereof and a notice of time to file an objection, and no objections having been filed.

IT IS ORDERED that debtor(s) modified Chapter 13 plan is hereby confirmed.

END OF DOCUMENT

**Prepared by:**
**/s/ LYNNE PERKINS-BROWN**
**Lynne Perkins-Brown**
**Attorney for Debtor/Movant**
**State Bar #  572285**
lpbrownlawyer@earthlink.net